***HALEY WEINBLATT & CALCAGNI, LLP***
1601 Veterans Memorial Highway, Suite 425
Islandia, New York 11749
631-582-5151

March 24, 2016

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722-4438

                RE: <u>United States v. Juman Ganesh</u>
                    14-CR-402 (ADS)

Dear Judge Spatt:

    With the consent of the government, it is respectfully requested that the above reference matter, presently scheduled for a status conference on April 1, 2016, be adjourned to April 8, 2016 at 12:00 p.m. I have conferred with your courtroom clerk who advises that the aforementioned date and time is available.

    The requested adjournment is due to a recently scheduled medical procedure to be performed on March 31, 2016 which will require my convalescence at home the following day, April 1, 2016. I have conferred with my client and the previously executed speedy trial waiver is extended an additional week to April 8, 2016.

    I have spoken with Peter Brill, Esq., who represents co-defendant, Govinda Andiappen, in an effort to coordinate the two appearances. He advises that he is unavailable on April 8, 2016 and, accordingly, Mr. Brill intends to be present with his client in court on April 1, 2016 as previously scheduled.

                                                      Very truly yours,

                                                      ***Richard D. Haley***

                                                      RICHARD D. HALEY

cc: Counsel of Record via ECF