UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               NOTICE OF APPEARANCE

    -against-                                                  14-CR-402 (ADS)

JUMAN GANESH,

        Defendant.

-------------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, I, the undersigned am attorney duly licensed and authorized to practice law in the United States District Court, Eastern District of New York.  Furthermore, I hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action.


DATED: April 7, 2016
Central Islip, New York


  */Douglas Byrne*
Douglas Byrne
Brocato & Byrne, LLP
320 Carleton Avenue
Suite 3400
Central Islip, New York 11722
631-234-1650